In the Matter of WALTER E. HAMMOND, Appellant, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Argued May 27, 1947; decided July 2, 1947.

*Milton L. Rosenberg* for appellant.

*Charles E. Murphy, Corporation Counsel* (*Pauline K. Berger* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: FULD, J.